UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PETER LEE, et al.,

and

STANLEY HAVERILAND, et al.,

          Plaintiffs,

      vs.

CITY OF LOS ANGELES,

          Defendant.

CASE NO. CV 12-06618 CBM (RZx)

RELATED CASE NO. CV 13-01410

JUDGMENT

In accordance with the Order issued on February 24, 2015, **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant City of Los Angeles as to Plaintiffs' First Cause of Action.

DATED: March 3, 2015

Honorable Consuelo B. Marshall
United States District Judge